UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.:_____

---------------------------------------------------------x
PITBULL PRODUCTIONS, Inc.,
    Plaintiff,
  v.

              7.1 STATEMENT

FLAVA WORKS, INC.,
    Defendant.
---------------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local general Rules 1.9] and to enable District Judges and Magistrates judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No known corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 15, 2010

*[signature]*
Jennifer Meredith
Attorney Bar Code: JM 4816