UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PITBULL PRODUCTIONS, INC.,<br><br>             Plaintiff<br>v.<br><br>FLAVA WORKS, INC.<br><br>             Defendant | 10 CV 4703 (SHS)<br><br>**RULE 7.1<br>CORPORATE DISCLOSURE<br>STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for FLAVA WORKS, INC.  (private non-governmental parties) certify as follows:  FLAVA WORKS, INC.  has no parent companies nor is it owned in any part by a publicly held corporation.

Dated: July 21, 2010　　　　　　　　　Respectfully Submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ Havona Madama

　　　　　　　　　　　　　　　　　　　Havona Madama, Esq. (HM 4711)
　　　　　　　　　　　　　　　　　　　Madama Griffitts LLP
　　　　　　　　　　　　　　　　　　　450 Park Avenue South
　　　　　　　　　　　　　　　　　　　Eighth Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　(212) 209-5450
　　　　　　　　　　　　　　　　　　　(212) 209-5460  FACSIMILE

　　　　　　　　　　　　　　　　　　　Attorney for Defendant