UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| PITBULL PRODUCTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 10-CV-4703 |
| | : | |
| vs. | : | |
| | : | NOTICE OF |
| FLAVA WORKS, INC. | : | MOTION TO DISMISS |
| | : | PURSUANT TO 12(b) |
| Defendant. | : | |

## NOTICE OF DEFENDANT'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that on August 5, 2010 or as soon thereafter as counsel may be heard, Flava Works, Inc. ("Defendant") shall appear before the Sidney H. Stein, or any judge sitting in his stead, in the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, and shall then and there present Defendant's Motion to Dismiss.

Defendant Flava Works, Inc. by their attorneys, respectfully moves this Court for an Order dismissing the Complaint with prejudice against Defendant in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6) and Local Rule 6.1. This motion is and will be based upon this motion, the following Memorandum of Law, the entire file of this action and the arguments made or evidence submitted by counsel at the time of the hearing on this motion.

**Electronically Submitted**
{10058.010 00057900 v.1}

Dated:  New York, New York
       July 21, 2010

                Respectfully submitted,

                s/Havona Madama

                _____
                By:  Havona Madama, Esq. (HM4711)
                Madama Griffitts O'Hara LLP
                450 Park Ave South, Ninth Floor
                New York, NY 10016
                Tel. (212) 209-5462

                Mirta Desir
                (pending motion to appear *Pro Hac Vice*)
                Staff Attorney for Flava Works, Inc.
                2610 N. Miami Ave.
                Miami, FL 33127
                Tel. (347) 680-5247

                **Attorneys for Defendant**
                **Flava Works, Inc.**

**Electronically Submitted**
{10058.010 00057900 v.1}