UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PITBULL PRODUCTIONS, INC., :

               Plaintiff, :

                                    :  10 Civ. 4703 (SHS) (HBP)

    -against- :
                                    : **ORDER OF REFERENCE**
FLAVA WORKS, INC., **TO A MAGISTRATE JUDGE**
                                    :

             Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/10

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_  Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

X   Settlement*

\_\_\_  Inquest After Default/Damages Hearing

\_\_\_  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_\_  Habeas Corpus

\_\_\_  Social Security

\_\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation):

Dated: New York, New York
         July 22, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

---

\* Do not check if already referred for general pretrial.