USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| PITBULL PRODUCTIONS, INC., | : | 10 Civ. 4703 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| FLAVA WORKS, INC., | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Defendant's motion to dismiss the complaint for lack of jurisdiction and failure to state a claim [document no. 5] is dismissed without prejudice;

      2.    Plaintiff shall file an amended complaint on or before August 6, 2010;

      3.    Defendant shall answer or move in response to the amended complaint on or before August 27, 2010;

      4.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before September 10, 2010;

      5.    The next pretrial conference is scheduled for December 23, 2010, at 9:30 a.m.; and

      6.    The last day for completion of fact discovery is December 30, 2010.

Dated: New York, New York
       July 22, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.