UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 10 cv 04703 SHS

---

PITBULL PRODUCTIONS, Inc.,
        Plaintiff,
  v.



FLAVA WORKS, INC.,
        Defendant.

---

## NOTICE OF PLAINTIFF'S MOTION TO STRIKE AND/OR DISMISS

PLEASE TAKE NOTICE that on _____ or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sidney H. Stein, or any judge sitting instead, in the United States District Court, Southern District of New York, 500 Pearl Street New York, New York 10007, and shall then and there present Plaintiff's Motion to Strike and/or Dismiss.

Plaintiff, Pitbull Productions, Inc., by their attorneys, respectfully move this Court for an Order to Strike and/or Dismiss paragraphs 16, 19, 20 and 22-43 of Defendants Answer and Counterclaims. This motion is and will be based upon this Notice, the following Memorandum of Law, the entire file in this action and the arguments made or evidence submitted by counsel at the time of the hearing on this motion.

Respectfully submitted,

By: /s/ Jennifer Meredith
Jennifer Meredith (JM 4816)

Dated: November 2, 2010

1

Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098 telephone
(212) 202-3819 telefax

Attorney for Plaintiff
Pitbull Productions, Inc.