AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern           DISTRICT OF           New York

Pitbull Productions, Inc.

v.                                        **APPEARANCE**

Flava Works, Inc.                         Case Number: 10 Civ. 4703 (SHS)(HBP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pitbull Productions, Inc.

I certify that I am admitted to practice in this court.

| 11/3/2010 | *Dariush Keyhani* (signature) | |
|---|---|---|
| Date | Signature | |
| | Dariush Keyhani | DK 9673 |
| | Print Name | Bar Number |
| | 330 Madison Avenue- 6th Floor | |
| | Address | |
| | NY | NY | 10017 |
| | City | State | Zip Code |
| | (212) 202-3819 | (212) 202-3819 |
| | Phone Number | Fax Number |